UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

                                                                                                             2:00-cr-00287-LDG*-PAL-4

Vs.

FRANK SCHWEDER,

    Defendant,

### ORDER ISSUING REIMBURSEMENT

    The matter before the court is to request a refund to Frank Schweder due to overpayment to his restitution. Restitution in the amount of $55,795.00 was imposed. Defendant Frank Schweder made multiple payments totaling $37,850.00, which includes the last payment received, a total of $15,725.00 receipted by the Court on May 23, 2023, after the restitution expired on May 12, 2022. The Financial Litigation Unit with the US Attorney's Office is requesting the payment of $15,725.00 be returned to the Defendant.

    **IT IS ORDERED** that the $15,725.00 will be refunded to Frank Schweder.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

*This case was originally assigned to District Judge George. Since he has retired, Chief District Judge Gordon will enter this order.